Mark P. Breyer (Bar No. 016862)
Brian C. Fawber (Bar No. 028577)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
(480) 496-7309
minutes@breyerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Marco Valente and Tracy Valente, husband and wife; | No. |
| Plaintiffs, | **COMPLAINT** |
| vs. | (Tort – Motor Vehicle) |
| United States of America, | |
| Defendant. | |

Plaintiffs, Marco Valente and Tracy Valente, by and through undersigned counsel, for their Complaint against Defendant named herein alleges as follows:

## INTRODUCTION

1.      This is an action against Defendant United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C., *et seq*. and 28 U.S.C. 1346(b)(1), for negligence in connection with a motor vehicle collision involving Steven Narolski, who was operating a vehicle in the course and scope of his employment with Western Area Power Administration ("WAPA"), which acts and conducts business under the agency, auspices, control, management and ownership of the United States of America.

1

2.      The claims herein are brought against Defendant pursuant to the Federal Torts Claims Act 28 U.S.C. 2671, *et seq.* and 28 U.S.C. 1346(b)(1), for money damages as compensation for personal injuries caused by Defendant's negligence.  Plaintiffs Marco Valente and Tracy Valente fully complied with the provisions of 28 U.S.C. 2675 of the Federal Tort Claims Act.  Plaintiffs, at that time, in compliance with Federal Torts Claims Act, in their Notice of Claim, indicated that a sum certain to fully resolve all claims against the United States of America was $3,253,500.00.

3.      This suit has been timely filed in that Plaintiffs Marco Valente and Tracy Valente served notice of this claim less than 2 years after the incident forming the basis of this suit.

4.      Plaintiffs Marco Valente and Tracy Valente are now filing this Complaint pursuant to 28 U.S.C. 2401(b) within the 6-month provision under the Federal Tort Claims Act due to a denial  from the United States of America on August 1, 2022 to their claim.

**PARTIES, JURISDICTION AND VENUE**

5.      Plaintiffs Marco Valente and Tracy Valente at all relevant times hereto were residents of Pima County, Arizona.

6.      Defendant United States of America, through its agents/ employees, has caused acts or events to occur within the State of Arizona, which acts, or events form the basis for the cause of action set forth.

7.      The United States of America through its agency, with the Western Area Power Administration, and Steven Noralski, operate in Tucson, Arizona.  The United States of America is the appropriate Defendant under the Federal Torts Claims Act. Steven Noralski was acting at all relevant times hereto in the course and scope of his employment with the Western Power Administration through the United States of America.

8.   Jurisdiction is proper under 28 U.S.C. 1346(b)(1).

9.   Venue is proper under 28 U.S.C. 1402(b) in that all or a substantial part of the acts and omissions forming the basis of these claims occurred in the District of Arizona.

10.   On or about October 9, 2020, Plaintiff was on his 2019 TCR Advanced SL bicycle traveling southbound on Mt. Lemon Highway on a downhill slope of the roadway, approaching Molino Basin Camp Road in Pima County, Arizona.  As Plaintiff approached the intersection with Molino Basin Camp Road, a black 2014 Chevrolet truck, being driven by Defendant Steven Narolski, emerge from the driveway directly in front of Mr. Valente..  Mr. Valente was unable to stop his bicycle due to actions and/or inactions of the Narolski vehicle, which pulled out directly in front of Mr. Valente causing him to collided into the truck's driver-side front fender of the vehicle.

12.   As an actual direct and proximate result of the United States of America's negligent acts and or omissions to act , Marco Valente suffered to date, and will to a reasonable probability continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.  Additionally, as an actual, direct and proximate result of Defendant's negligence, Marco Valente has suffered a loss of consortium.

## CAUSES OF ACTION

## COUNT 1 - NEGLIGENCE

11.   Plaintiff Marco Valente re-alleges and reincorporates each and every allegation above as if fully set forth herein.

12.   Steven Noralski, as an employee of the United States of America, had a duty to operate his motor vehicle in a safe manner, under proper and adequate control, at a speed that was safe and prudent, to always have an awareness of his surroundings

and to utilize care and skill required in operating a motor vehicle and breached those duties owed to the Valentes. .

13.     As a direct and proximate result of Mr. Noralski's negligence, while employed by The United States of America, Marco Valente sustained serious and permanent personal injuries in and about his body; he has incurred medical expenses and will continue to incur medical expenses, and other damages, in the future; he has incurred other damages including property damage and diminution of value of property; he was forced to endure pain, suffering and mental anguish, and will continue to endure pain, suffering, and mental anguish in the future; he has suffered a loss of enjoyment of life and a loss of enjoyment of life in the future; additionally, he has lost wages and potential future wages and a potential loss of earning capacity.

14.     As a direct and proximate result of the negligent acts and/or omissions to act of Mr. Noralski's, while employed by The United States of America, Tracy Valente sustained a loss of consortium, a loss love, companionship, services, society, affection and support due to Mr. Valente's injuries. Injuries.

15.     The acts and/or omissions of Mr. Noralski in the course and scope of his employment with the United States of America, set forth above, would constitute a claim under the laws of the State of Arizona.

16.     The United States of America is liable to the Plaintiff pursuant to 28 U.S.C. 1346(b)(1).

**WHEREFORE**, Marco Valente and Tracy Valente pray for judgment against Defendant as follows:

A.     For general compensatory damages in a just and reasonable amount;

B.     For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C.      For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

D.      For out-of-pocket expenses incurred;

E.      For loss of consortium:

F.      For court costs incurred; and

G.      For such other and further relief as the Court deems just and proper.

Dated:  September 7, 2022

**BREYER LAW OFFICES, P.C.**

/s/ Brian C. Fawber
Mark P. Breyer
Brian C. Fawber
3840 East Ray Road
Phoenix, Arizona 85044
Attorneys for Plaintiffs

210121

5